# STATE OF MICHIGAN

# COURT OF APPEALS

JEFFREY P. BACON,

Plaintiff-Appellant,

v

SUNSHINE PRODUCTS OF MID-MICHIGAN, LLC,

Defendant-Appellee.

UNPUBLISHED
February 14, 2017

No. 330332
Ingham Circuit Court
LC No. 15-000032-NO

Before: RONAYNE KRAUSE, P.J., and O'CONNELL and METER, JJ.

RONAYNE KRAUSE, P.J. (*concurring*).

I concur in the result reached by the majority because I am constrained to do so by our Supreme Court's decision in *Lowrey v LMPS & LMPJ, Inc*, ___ Mich ___; ___ NW2d ___ (2016) (Docket No. 153025).

/s/ Amy Ronayne Krause

-1-